IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                                                           CASE NO: 08-30063
                                                                                           CHAPTER 7
    LOBLEY, UADONA JEAN

       Debtor(s)
_____/

NOTICE OF PAYMENT OF UNCLAIMED
FUNDS PURSUANT TO 11 U.S.C. § 347

Trustee, Sherry F. Chancellor, pursuant to 11 U.S.C. § 347, gives notice of the payment to the Clerk, U. S. Bankruptcy Court, of unclaimed funds as follows:

| Claim No. | Claimant Name/Address | Dividend |
|---|---|---|
| 003 | West Florida Hospital<br>c/o HCA Shared Services Orange Park<br>P. O. Box 1629<br>Orange Park, FL 32067 | $122.26 |

The check mailed at the above address on May 14, 2010, has neither been returned by the Post Office nor negotiated by the Creditor.

Dated this 13th day of August, 2010.

                                                /s/ Sherry F. Chancellor
                                                Sherry F. Chancellor, Trustee
                                                619 West Chase Street
                                                Pensacola, Florida 32502
                                                (850) 436-8445
                                                Florida Bar No: 434574

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that a copy of the foregoing notice of payment of unclaimed funds has been furnished electronically or served by U. S. Mail, postage prepaid, upon West Florida Hospital, c/oHCA Shared Services Orange Park,  P. O. Box 1629,  Orange Park, FL 32067 and Charles F.  Edwards,  Office of the  U. S. Trustee, 110 E. Park Avenue, #128, Tallahassee, Florida  32301  on this 13th  day of August, 2010.

                                        /s/ Sherry F. Chancellor
                                  Sherry F. Chancellor, Trustee